IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

CARL THULIN, Relator for the UNITED STATES OF AMERICA, STATE OF CALIFORNIA, STATE OF ILLINOIS, STATE OF INDIANA, STATE OF MICHIGAN, STATE OF MINNESOTA, STATE OF MONTANA, STATE OF TENNESSEE and STATE OF WISCONSIN,

    Plaintiff,

v.

SHOPKO STORES OPERATING CO., LLC,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 10-cv-196-wmc

---

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Shopko Stores Operating Co., LLC against plaintiff Carl Thulin, Relator for the United States of America, State of California, State of Illinois, State of Indiana, State of Michigan, State of Minnesota, State of Montana, State of Tennessee and State of Wisconsin, dismissing plaintiff's claim under the False Claims Act with prejudice and dismissing plaintiff's state law claims without prejudice.

_Peter Oppeneer_
Peter Oppeneer, Clerk of Court

11/12/13
Date