# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES, ET AL., *EX REL* THULIN,

        Plaintiffs,

v.

SHOPKO STORES OPERATING CO., LLC,

        Defendant.

Case No. 10-CV-196-wmc

---

## NOTICE OF APPEAL

**NOTICE** is hereby given that Plaintiff Carl Thulin, ex rel United States of America pursuant to Federal Rule of Appellate Procedure 4(a)(1)(B) by and through their undersigned counsel hereby appeals to the United States Court of Appeals for the Seventh Circuit from the findings in the Opinion and items 2, 3 and 4 of the Order of the Honorable William M. Conley, entered in the above captioned proceedings signed on the 5th day of November and entered on November 5, 2013 (Document No 66).

Dated this 26th day of November, 2013.

                              s/ Ross Begelman
                              Ross Begelman
                              (ross.begelman@begelmanorlow.com)
                              Marc M. Orlow
                              (marc.orlow@begelmanorlow.com)
                              BEGELMAN, ORLOW & MELLETZ
                              Cherry Hill Professional Building 411
                              Route 70 East, Suite 245
                              Cherry Hill, NJ 08034
                              Phone: (856) 428-6020
                              Fax: (856) 428-5485

                              Attorneys for Plaintiff